STATE OF NEW JERSEY v. REGINALD HAYNES.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN MARTIN.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS PELTACK.

June 24, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 287)